UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

Hearing Date: September 3, 2025
Hearing Time: 11:30 a.m.
Hearing Location: Syracuse, NY

In re:

**Jones Real Estate Properties, LLC,**

Debtor.

Chapter 11
Case No. 25-30378

### NOTICE OF UNITED STATES TRUSTEE'S MOTION PURSUANT TO 11 U.S.C § 1112(b) FOR DISMISSAL, OR IN THE ALTERNATIVE, CONVERSION TO CHAPTER 7

**PLEASE TAKE NOTICE** that upon the annexed motion, the United States Trustee for Region 2 will move this Court before the Honorable Wendy A. Kinsella, United States Chief Bankruptcy Judge, in U.S. Bankruptcy Court, James M. Hanley U.S. Courthouse and Federal Building, 100 South Clinton Street, Syracuse, NY  13261, on the **3rd  day of September, 2025 at 11:30 a.m.**, or as soon thereafter as counsel can be heard, for an order dismissing the case of **Jones Real Estate Properties, LLC,** pursuant to 11 U.S.C. § 1112(b), together with such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that responsive papers, if any, should be filed with the Court and served upon the Office of the U.S. Trustee at 11A Clinton Avenue, Room 620, Albany, NY 12207 to the attention of Paula M. Barbaruolo, Esq., Trial Attorney, no later than seven (7) days prior to the return date set forth above.  Responsive papers, if any, shall be in conformity with the Federal Rules of Civil Procedure and identify the party on whose behalf the papers are submitted, the nature of the purpose, and the basis for such response.

**PLEASE TAKE FURTHER NOTICE** that appearances may be made in-person at the courthouse OR Case Participants and Public Attendees who wish to attend a hearing remotely must

register for the hearing through the Internet Public Calendar ("IPC") located on the Court's website (https://ecf.nynb.uscourts.gov/ipc.html) by the deadlines set forth in Sections 2 and 3 below. Instructions about how to register and join a meeting are available on the Court's website at https://www.nynb.uscourts.gov/videoconference-registration.

**PURSUANT TO FRBP 9014 AND LOCAL BANKRUPTCY RULE 9013-1, IF YOU INTEND TO OPPOSE THE MOTION, YOU MUST SERVE ON THE MOVANT'S COUNSEL AND FILE WITH THE CLERK OF THE BANKRUPTCY COURT, WRITTEN OPPOSITION TO THE MOTION NOT LATER THAN SEVEN (7) DAYS PRIOR TO THE RETURN DATE OF THIS MOTION.  IN THE EVENT NO WRITTEN OPPOSITION IS SERVED AND FILED, NO HEARING ON THE MOTION WILL BE HELD BEFORE THE COURT ON THE RETURN DATE, AND THE COURT WILL CONSIDER THE MOTION AS UNOPPOSED.**

Dated: Albany, New York
       August 4, 2025

                    **WILLIAM K. HARRINGTON**
                    **UNITED STATES TRUSTEE**
                    **FOR REGION 2**


                    */s/ Paula M. Barbaruolo*
                    Paula M. Barbaruolo, Esq.
                    TRIAL ATTORNEY
                    11A Clinton Avenue, Suite 620
                    Albany, New York 12207
                    Tel. No. (518) 434-2391
                    paula.barbaruolo@usdoj.gov